# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 4, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

129406

MARCELLA SIEGEL and all others similarly
situated,
        Plaintiffs-Appellants,

v

                                          SC: 129406
                                          COA: 254683

CITY OF MUSKEGON,
        Defendant-Appellee.
_____/

                                          Muskegon CC: 03-042792-CZ

On order of the Court, the application for leave to appeal the July 26, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

      WEAVER, J., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 4, 2006                                           _____

d0427                                                         Clerk